NUMBER 13-07-00669-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

IN THE INTEREST OF M.H., ET AL., MINOR CHILDREN


_____________________________________________________________


On appeal from the 398th District Court of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam


 On October 22, 2007, appellant, Ricardo Torres, attempted to perfect an appeal
from a judgment entered by the 398th District Court of Hidalgo County, Texas, in cause
number CW-035-03-I. On October 26, 2007, the Clerk of this Court informed appellant that
his notice of appeal was defective and requested correction of the defect within thirty days. 
See Tex. R. App. P. 25.1(d)(2),(6), 37.1. On January 15, the Clerk again contacted
appellant because the defective notice of appeal had not been corrected. The Clerk
notified appellant that the appeal would be dismissed if the defect was not corrected within
ten days. Further, on January 16, 2008, the Clerk notified appellant that he was delinquent
in paying his filing fees and that this appeal was subject to dismissal if the filing fees were
not paid within 10 days from the date of receipt of this notice. To date, appellant has
neither corrected the defect in his notice of appeal nor paid his filing fees. 

 The Court, having examined and fully considered the documents on file, appellant's
failure to comply with the appellate rules, and appellant's failure to respond to this Court's
notices, is of the opinion that the appeal should be dismissed. Accordingly, the appeal is
hereby DISMISSED. See Tex. R. App. P. 42.3(b),(c).


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 17th day of April, 2007.